# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN MIDDENDORF, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP MCLAURN, <br><br> Defendant. | Case No. 3:17-cv-00911-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: November 13, 2018

                                            **MARGARET M. ROBERTIE,**
                                            Clerk of Court

                                            **BY:**   s/Tina Gray
                                                         **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**